# KING & SPALDING

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Tel: +1 213 443 4355
Fax: +1 213 443 4310
www.kslaw.com

Jenny Pelaez
Partner
Direct Dial: +1 213 218 4019
jpelaez@kslaw.com

<u>VIA ECF</u>

July 15, 2025

Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

**RE:** *Duracell U.S. Operations, Inc. v. Energizer Brands, LLC*, No. 1:25-cv-05020

Dear Judge Cronan:

Defendant Energizer Brands, LLC respectfully requests an initial thirty (30) day extension of time to respond to plaintiff's complaint until and including August 21, 2025. Absent an extension, defendant's response to the complaint is currently due on July 22, 2025.

Defendant requests an extension to permit time for it to evaluate the claims and defenses relevant to this case and to prepare papers that will be most helpful to the Court.

There have been no previous requests for an extension of the time to file a response to the complaint. We have conferred with counsel for plaintiff, and they have advised that they consent to this request.

Sincerely,

*/s/ Jenny Pelaez*
Jenny Pelaez
Partner

cc: All counsel of record via ECF